**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|   |   |   |
|---|---|---|
| DOUGLAS ARTHUR STRONG, | : | Civil No. 08-3821 (RMB) |
| Petitioner, | : | |
| v. | : | **ORDER** |
| PAUL SCHULTZ, et al., | : | |
| Respondents. | : | |

Petitioner filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 challenging his prerelease custody placement date pursuant to the Second Chance Act of 2007, Pub. L. 110-199, Title II. § 251(a), 122 Stat. 692 (April 9, 2008), which, inter alia, increases the prerelease custody period to 12 months.  See 18 U.S.C. § 3624(c).

IT IS on this **19th** day of **August** 2008,

**ORDERED** that Petitioner's application to proceed in forma pauperis is granted; and it is further

**ORDERED** that the Clerk shall serve a copy of the Petition and this Order by certified mail, return receipt requested, upon Respondents; and it is further

**ORDERED** the Clerk shall, electronically or by regular mail, forward a copy of the Petition and this Order to the Chief, Civil Division, United States Attorney's Office, 970 Broad Street, Room 700, Newark, NJ 07102; and it is further

**ORDERED** that, in accordance with Rule 4 of the Rules Governing Section 2254 Cases, applicable to § 2241 cases through Rule 1(b), see 28 U.S.C. § 2254 Rules 1(b) and 4, this Court screened the Petition for dismissal and determined that a motion to dismiss the Petition is not warranted; and it is further

**ORDERED** that, within 45 days of service, Respondents shall file and serve an answer which responds to the allegations and claims in the Petition; and it is further

**ORDERED** that the answer shall state the statutory basis for Petitioner's detention, see 28 U.S.C. § 2243; and it is further

**ORDERED** that Respondents shall file and serve with the answer certified copies of all documents relating to Petitioner's challenge; and it is further

**ORDERED** that Petitioner shall file and serve a reply to the answer within 30 days of his receipt of the answer; and it is finally

**ORDERED** that no document or writing submitted by or on behalf of a party will be considered by the Court unless same is filed with the Clerk in accordance with the Federal Rules of Civil Procedure.

s/Renée Marie Bumb
**RENÉE MARIE BUMB**
United States District Judge

2